People v France (2023 NY Slip Op 05406)

People v France

2023 NY Slip Op 05406

Decided on October 25, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 25, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
COLLEEN D. DUFFY
JOSEPH J. MALTESE
LAURENCE L. LOVE, JJ.

2012-05368
 (Ind. No. 668/11)

[*1]The People of the State of New York, respondent,
v
Robert G. France, appellant.

Rosenberg Law Firm PLLC, Brooklyn, NY (Jonathan Rosenberg of counsel), for appellant.
Miriam E. Rocah, District Attorney, White Plains, NY (Jill Oziemblewski and Raffaelina Gianfrancesco of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 17, 2014 (People v France, 120 AD3d 1357), affirming a judgment of the County Court, Westchester County, rendered May 10, 2012.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
LASALLE, P.J., DUFFY, MALTESE and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court